# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-1682 FMO (GJSx) | Date | July 18, 2019 |
| Title | Ronald Islin Bobb-Semple v. Kanye West, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By Order dated July 1, 2019, plaintiff was ordered to show cause, on or before July 8, 2019, why defendants Scott Ramon Seguro Mescudi and Tyrone William Griffin Jr. (collectively, "subject defendants"), should not be dismissed for lack of prosecution. (See Dkt. 57, Court's Order of July 1, 2019). The OSC stated that it would stand submitted upon the filing of plaintiff's response, an answer by the subject defendants, or an application for entry of default. (See id.). On July 8, 2019, plaintiff filed requests for entry of default as to the subject defendants. (See Dkts. 59-60). However, on July 10, 2019, the Clerk issued a Notice of Deficiency as to each request for entry of default, (see Dkts. 61-62), noting the deficiencies in the plaintiff's requests, (see id.), and directing plaintiff to "file a new Request/Application with noted deficiencies corrected in order to have default reconsidered." (Id.). As of the date of this Order, plaintiff has not filed new requests for entry of default as to the subject defendants. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to file requests for entry of default with respect to the subject defendants. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file and serve requests for entry of default as to the subject defendants no later than **July 24, 2019**.

2. Plaintiff is admonished that failure to file compliant requests for entry of default as to the subject defendants by the July 24, 2019, deadline shall result in the dismissal, without prejudice, of the subject defendants for lack of prosecution and failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |